```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>METRO AFFILIATES, INC., et al.,<br><br>Debtors. | District Court Case No.: 08-CV-03814 (LAP)<br><br>Bankruptcy Ct. Case No.:<br>02-42560 (PCB)<br><br>Jointly Administered |
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff/ Appellant,<br><br>v.<br><br>GREENWICH STREET CAPITAL PARTNERS II, L.P.,<br><br>Defendant/ Appellee. | Adv. Proc. No.:<br>03-06364 (PCB) |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND INCREASE BRIEF PAGE LIMIT

Plaintiff/Appellant Greenwich Insurance Company ("Greenwich") and Defendant/ Appellee Greenwich Street Capital Partners II, L.P. ("GSCP"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on March 20, 2008, Greenwich timely filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") a Notice of Appeal from the March 12, 2008 Order: (a) Granting GSCP's Motion for Summary Judgment; (b) Denying Greenwich's Cross-motion for Summary Judgment; and (c) Dismissing Adversary Proceeding With Prejudice, entered by the Honorable Prudence Carter Beatty, United States Bankruptcy Judge, in Greenwich Insurance Company v. Greenwich Street Capital Partners II,

L.P., Adversary Proceeding No. 03-06364 (PCB), an adversary proceeding within In re Metro Affiliates, Inc., et al., Case No. 03-06364, (the "Appeal") (amended by way of Amended Notice of Appeal, filed on April 4, 2008, to identify Charles I. Poret, Esq., Dechert LLP, as a counsel for GSCP); and

**WHEREAS**, on March 30, 2008, Greenwich timely filed with the Bankruptcy Court a Designation of Record and Statement of Issues on Appeal; and

**WHEREAS**, on April 22, 2008, the Appeal was docketed and transferred by the Bankruptcy Court to the Clerk of the United States District Court for the Southern District of New York (the "District Court Clerk"); and

**WHEREAS**, the District Court Clerk has set a deadline for the filing of Greenwich's Appellant Brief of May 12, 2008, with regard to the Notice of Appeal (and, inconsistently, a deadline of May 9, 2008, with regard to the Amended Notice of Appeal); and

**WHEREAS**, counsel for Greenwich and GSCP have conferred and agreed that, (a) given that the Appeal is from Cross-Motions for Summary Judgment that were briefed and argued approximately four years ago, it would benefit both Greenwich and GSCP and provide for more effective briefing of the legal issues to extend the deadlines, and (b) given that the timeframe prescribed in the rules for the filing of briefs is not jurisdictional and is within the discretion of the district court pursuant to Bankruptcy Rule 8009; the parties request an extension of the deadlines for the filing of briefs as follows:

   a) Greenwich's Appellant Brief shall be filed on or before Friday, May 30, 2008;

   b) GSCP's Respondent Brief shall be filed on or before Monday, June 30, 2008; and

   c) Greenwich's Reply Brief shall be filed on or before July 15, 2008;

1127892.1

2

**WHEREAS**, the parties have conferred and agreed to request that the Court enlarge the page limits for briefs, as set forth in Local Rule 7.1 of the United States District Court for the Southern District of New York, to 35 pages for the Appellant and Respondent Briefs and 15 pages for the Reply Brief; and

**WHEREAS** the parties have made no previous requests for the relief sought herein.

The parties hereby consent to this filing and jointly request that the Court grant their joint application and relax the page limitations and set the briefing schedule as set forth above.

DATED: May 1, 2008
New York, NY

Respectfully submitted,

KAREN L. GILMAN
Wolff & Samson PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (212) 973-0572
E-Mail: kgilman@wolffsamson.com
Attorneys for Plaintiff/Appellant
Greenwich Insurance Company

DATED: May 1, 2008, 2008
New York, New York

CHARLES I. PORET
Dechert, LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 698-3500
E-Mail: charles.poret@dechert.com
Attorneys for Defendant/Appellee
Greenwich Street Capital Partners II, L.P.

**FOR GOOD CAUSE, IT IS SO ORDERED**

DATED: May 5, 2008

The Honorable Loretta A. Preska
United States District Judge

3

1127892.1