UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
METRO AFFILIATES, INC., et al.,              : Case No.08cv03814 (LAP)
                                             :
                                             : Bankruptcy Ct Case No.:
                    Debtors,                 : 02-42560(PCB)
                                             :
-------------------------------------------- : Jointly Administered
GREENWICH INSURANCE COMPANY                  :
                                             :
              Plaintiff/Appellant            : Adv. Proc. No..:
                                             : 03-06364 (PCB)
GREENWICH STREET CAPITAL PARTNERS II, L.P.   :
                                             :
              Defendant/Appellee.            :
---------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of the Court:

**PLEASE TAKE NOTICE** that Charles I. Poret of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Greenwich Street Capital Partners II, L.P., in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       May 6, 2008

                              DECHERT LLP


                              By: __/s/ Charles I. Poret_____
                                  Charles I. Poret
                                  charles.poret@dechert.com
                                  30 Rockefeller Plaza
                                  New York, New York 10112
                              Tel.:(212) 698-3500
                              Fax: (212) 698-3599
                              Attorneys for Greenwich Street Capital Partners
                              II, L.P.,