WOLFF & SAMSON PC
140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 973-0572
FAX: (212) 530-2207
Karen L. Gilman, Esq. (KG-5161)
Attorneys for Greenwich Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>METRO AFFILIATES, INC., et al.,<br><br>　　　　　　Debtors. | **District Ct. Case No.:**<br>**08-CV-03814 (LAP)**<br><br>Bankruptcy Ct. Case No.:<br>02-42560 (PCB)<br><br>Jointly Administered |
| GREENWICH INSURANCE COMPANY,<br><br>　　　　　　Plaintiff/Appellant,<br><br>v.<br><br>GREENWICH STREET CAPITAL PARTNERS II, L.P.,<br><br>　　　　　　Defendant/Appellee. | Adv. Proc. No.:<br>03-06364 (PCB) |

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF/APPELLANT GREENWICH INSURANCE COMPANY

　　1.　　This Rule 7.1 Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

1125631.1

- 2 -

2.      Plaintiff/Appellant Greenwich Insurance Company and non-party XL Reinsurance America, Inc., a co-surety on a bond at issue in the Bankruptcy Court Adversary Proceeding giving rise to the instant appeal (Adv. Proc. No.: 03-06364 (PCB)), are 100% owned by XL Capital Ltd., which is publicly traded on the New York Stock Exchange as "XL".

DATED:  May 7, 2008

                              By: /s/ Karen L. Gilman
                                   KAREN L. GILMAN (KG-5161)
                                   WOLFF & SAMSON PC
                                   Attorneys for Plaintiff/Appellant
                                   Greenwich Insurance Company
                                   140 Broadway - 46th Floor
                                   New York, New York  10005
                                   (212) 973-0572