UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
METRO AFFILIATES, INC., et al.,                  : Case No.08cv03814 (LAP)
                                                 :
                                                 : Bankruptcy Ct Case No.:
                    Debtors,                     : 02-42560(PCB)
                                                 :
-----------------------------------              : Jointly Administered
GREENWICH INSURANCE COMPANY                      :
                                                 :
              Plaintiff/Appellant                : Adv. Proc. No..:
                                                 : 03-06364 (PCB)
GREENWICH STREET CAPITAL PARTNERS II, L.P.       :
                                                 :
              Defendant/Appellee.                :
------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP, will be located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers will remain the same.

Dated: New York, New York
       May 15, 2008

                                        DECHERT LLP


                                        By: __/s/ Charles I. Poret_____
                                            Charles I. Poret
                                            charles.poret@dechert.com
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                        Tel.:(212) 698-3500
                                        Fax: (212) 698-3599
                                        Attorneys for Greenwich Street Capital Partners
                                        II, L.P.,