**WOLFF & SAMSON PC**
Karen L. Gilman (KLG-5161)
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 530-2006
Facsimile: (973) 530-2206
Attorneys for Greenwich Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>METRO AFFILIATES, INC., et. al.<br><br>Debtors.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Appellant,<br><br>vs.<br><br>GREENWICH STREET CAPITAL PARTNERS II, L.P.,<br><br>Appellee. | 08 Civ. 03814 (LAP)<br><br>Chapter 11 Cases<br><br>Case No.: 02-42560 (PCB)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Karen L. Gilman, Esq., of full age, declare under penalty of perjury that:

1. I am a member of the firm of Wolff & Samson PC, attorneys for Appellant, Greenwich Insurance Company in this matter.

2. On May 30, 2008, I caused a copy of the Brief of Appellant Greenwich Insurance Company, along with copies of all unreported cases cited in the Brief, to be filed electronically with the United States District Court for the Southern District of New York.

3. All parties on the District Court's electronic service list in this case were served by e-mail through the Court's PACER notice system.

1133517.1

     I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                           WOLFF & SAMSON PC
                           One Boland Drive
                           West Orange, New Jersey 07052
                           (973) 530-2006

                           *Attorneys for Appellant, Greenwich Insurance Company*

                           By: /s/ Karen L. Gilman
                                KAREN L. GILMAN

Dated:  June 5, 2008

1133517.1