```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re:                             :
                                   :
METRO AFFILIATES, INC., et al.,    :    No. 08 Civ. 3814 (LAP)
                                   :
          Debtors.                 :
-----------------------------------X    ORDER
GREENWICH INSURANCE COMPANY,       :
                                   :
          Appellant,               :
                                   :
     v.                            :
                                   :
GREENWICH STREET CAPITAL           :
PARTNERS II, L.P.,                 :
                                   :
          Appellee.                :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/09

LORETTA A. PRESKA, Chief United States District Judge:

After full briefing by the parties, and upon a de novo review of the record and the legal questions presented therein, the Court AFFIRMS the decision of the Bankruptcy Court, substantially for the reasons set forth in the March 6, 2008 Memorandum Decision of Bankruptcy Judge Prudence Carter Beatty. The Clerk of Court shall mark this action CLOSED and all pending motions denied as moot.

SO ORDERED:

DATED:   New York, New York
         October 23, 2009

_____
LORETTA A. PRESKA, Chief U.S.D.J.